JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIANPING ZHANG, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; ALEJANDRO MAYORKAS, Secretary of United States Department of Homeland Security; UR MENDOZA JADDOU, Director of United States Citizenship and Immigration Services; DOES 1 to 10,<br><br>    Defendants. | No. 2:22-cv-01104-SSS-JCx<br><br>**ORDER GRANTING STIPULATION TO DISMISS THE CASE WITHOUT PREJUDICE**<br><br>Honorable Sunshine S. Sykes<br>United States District Judge |

    The Court, having reviewed the Parties' stipulation to dismiss the case without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby dismisses the case without prejudice, with each side to bear their own costs and fees.

Dated: July 28, 2022

_____
HON. SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE

1